## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST f/k/a THE
JAMES H. ANDERSON LIVING TRUST;
THE PRICHETT LIVING TRUST; CYNTHIA
W. SADLER and ROBERT WESTFALL,

        Plaintiffs,

vs.                                           No. CIV 12-0040 JB/KBM

WPX ENERGY PRODUCTION, LLC f/k/a
WPX ENERGY SAN JUAN, LLC; WILLIAMS
PRODUCTION COMPANY, LLC and WPX
ENERGY ROCKY MOUNTAIN, LLC f/k/a
WILLIAMS PRODUCTION RMT
COMPANY, LLC,

        Defendants.

## ORDER[1]

    **THIS MATTER** comes before the Court on the Defendants' Unopposed Motion for Status Conference, filed February 12, 2014 (Doc. 202)("Motion").  The Court grants the Motion; it held the requested status conference on February 27, 2014.  <u>See</u> Clerk's Minutes of Proceedings Before District Judge James O. Browning, filed February 27, 2014 (Doc. 226).

    **IT IS ORDERED** that the Defendants' Unopposed Motion for Status Conference, filed February 12, 2014 (Doc. 202), is granted.

---

[1]This Order disposes of the Defendants' Unopposed Motion for Status Conference, filed February 12, 2014 (Doc. 202)("Motion").  The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Stan Koop
Stan Koop, PLLC
Norman, Oklahoma

--and--

Stephen R. McNamara
Brian Inbody
McNamara, Inbody & Parrish, PLLC
Tulsa, Oklahoma

--and--

Karen Aubrey
Law Office of Karen Aubrey
Santa Fe, New Mexico

--and--

Brian K. Branch
The Law Office of Brian K. Branch
Albuquerque, New Mexico

--and--

Turner W. Branch
Cynthia Zedalis
Branch Law Firm
Albuquerque, New Mexico

--and--

Bradley D. Brickell
Brickell & Associates, P.C.
Norman, Oklahoma

   *Attorneys for the Plaintiffs*

Sarah Gillett
Dustin L. Perry
Hall Estill Hardwick P.C.
Tulsa, Oklahoma

--and--

Christopher A. Chrisman
Holland & Hart LLP
Denver, Colorado

--and--

Mark F. Sheridan
Bradford C. Berge
Robert J. Sutphin
John C. Anderson
Holland & Hart LLP
Santa Fe, New Mexico

 *Attorneys for the Defendants*