IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST f/k/a THE
JAMES H. ANDERSON LIVING TRUST;
THE PRICHETT LIVING TRUST; CYNTHIA
W. SADLER and ROBERT WESTFALL,

      Plaintiffs,

vs.                                                                                  No. CIV 12-0040 JB/KBM

WPX ENERGY PRODUCTION, LLC f/k/a
WPX ENERGY SAN JUAN, LLC; WILLIAMS
PRODUCTION COMPANY, LLC and WPX
ENERGY ROCKY MOUNTAIN, LLC f/k/a
WILLIAMS PRODUCTION RMT
COMPANY, LLC,

      Defendants.

# ORDER[1]

**THIS MATTER** comes before the Court on the Defendants' Opposed Motion to Modify Schedule and Request for Expedited Relief and Brief in Support, filed October 1, 2013 (Doc. 132)("Motion"). For the reasons stated on the record, the Court will grant the Motion in part and deny it in part.

**IT IS ORDERED** that the Defendants' Opposed Motion to Modify Schedule and Request for Expedited Relief and Brief in Support, filed October 1, 2013 (Doc. 132), is granted in part and denied in part.

---

[1]This Order disposes of the Defendants' Opposed Motion to Modify Schedule and Request for Expedited Relief and Brief in Support, filed October 1, 2013 (Doc. 132). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

- 2 -

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Stan Koop
Stan Koop, PLLC
Norman, Oklahoma

--and--

Stephen R. McNamara
Brian Inbody
McNamara, Inbody & Parrish, PLLC
Tulsa, Oklahoma

--and--

Karen Aubrey
Law Office of Karen Aubrey
Santa Fe, New Mexico

--and--

Brian K. Branch
The Law Office of Brian K. Branch
Albuquerque, New Mexico

--and--

Turner W. Branch
Cynthia Zedalis
Branch Law Firm
Albuquerque, New Mexico

--and--

Bradley D. Brickell
Brickell & Associates, P.C.
Norman, Oklahoma

    *Attorneys for the Plaintiffs*

- 3 -

Sarah Gillett
Dustin L. Perry
Hall Estill Hardwick P.C.
Tulsa, Oklahoma

--and--

Christopher A. Chrisman
Holland & Hart LLP
Denver, Colorado

--and--

Mark F. Sheridan
Bradford C. Berge
Robert J. Sutphin
John C. Anderson
Holland & Hart LLP
Santa Fe, New Mexico

    *Attorneys for the Defendants*