IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST f/k/a THE
JAMES H. ANDERSON LIVING TRUST;
THE PRICHETT LIVING TRUST; CYNTHIA
W. SADLER and ROBERT WESTFALL,

      Plaintiffs,

vs.                                            No. CIV 12-0040 JB/KBM

WPX ENERGY PRODUCTION, LLC f/k/a
WPX ENERGY SAN JUAN, LLC; WILLIAMS
PRODUCTION COMPANY, LLC and WPX
ENERGY ROCKY MOUNTAIN, LLC f/k/a
WILLIAMS PRODUCTION RMT
COMPANY, LLC,

      Defendants.

## ORDER[1]

**THIS MATTER** comes before the Court on the Motion for Reconsideration of Order Denying Defendants' Motion to Dismiss Based on Statute of Limitations, filed July 17, 2014 (Doc. 261)("Motion"). The Court held a hearing on September 2, 2014, in Anderson Living Trust v. ConocoPhillips Co., LLC, No. CIV 12-0039 JB/SCY (D.N.M.), on a motion to dismiss that "reflects substantially the same arguments and authorities that were the subject of the [M]otion . . . in the . . . case against WPX Energy." Transcript of Hearing at 3:9-12, filed September 12, 2014 (Doc. 124)(taken September 2, 2014)(Sheridan). For the reasons stated at that hearing, the Court will deny the Motion.

---

[1]This Order disposes of the requests in the Motion for Reconsideration of Order Denying Defendants' Motion to Dismiss Based on Statute of Limitations, filed July 17, 2014 (Doc. 261). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

- 2 -

**IT IS ORDERED** that the Motion for Reconsideration of Order Denying Defendants' Motion to Dismiss Based on Statute of Limitations, filed July 17, 2014 (Doc. 261), is denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Stan Koop
Norman, Oklahoma

--and--

Stephen R. McNamara
Brian Inbody
McNamara, Inbody & Parrish, PLLC
Tulsa, Oklahoma

--and--

Karen Aubrey
Santa Fe, New Mexico

--and--

Brian K. Branch
Albuquerque, New Mexico

--and--

Turner W. Branch
Cynthia Zedalis
Branch Law Firm
Albuquerque, New Mexico

--and--

Bradley D. Brickell
Brickell & Associates, P.C.
Norman, Oklahoma

*Attorneys for the Plaintiffs*

Sarah Gillett
Dustin L. Perry
Hall Estill Hardwick P.C.
Tulsa, Oklahoma

--and--

Christopher A. Chrisman
Holland & Hart LLP
Denver, Colorado

--and--

Mark F. Sheridan
Bradford C. Berge
Robert J. Sutphin
John C. Anderson
Holland & Hart LLP
Santa Fe, New Mexico

> *Attorneys for the Defendants*